**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: February 20, 2015

Mr. Avonte Darius Campinha-Bacote
Campinha Bacote Llc
Two Miranova Place
Suite 500
Columbus, OH 43215

Mr. Robert Joseph Thumann
Crehan & Thumann, Llc
1206 Race Street
Cincinnati, OH 45202

> Re: Case No. 15-3143, *Josepha Campinha-Bacote v. Kristi Hudson, et al*
> Originating Case No. : 1:14-cv-00320

Dear Counsel:

   This appeal has been docketed as case number **15-3143** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

   Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

   At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **March 6, 2015**.

   Appellant:   Appearance of Counsel
                Civil Appeal Statement of Parties & Issues
                Transcript Order
                Disclosure of Corporate Affiliations
                Application for Admission to 6th Circuit Bar (if applicable)

Appellee:    Appearance of Counsel
Disclosure of Corporate Affiliations
Application for Admission to 6th Circuit Bar (if applicable)

More specific instructions are printed on each form. If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution. If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

Sincerely yours,

s/Leon T. Korotko
Case Manager
Direct Dial No. 513-564-7014

Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 15-3143**

JOSEPHA A. CAMPINHA-BACOTE, dba Transcultural C.A.R.E. Associates

    Plaintiff - Appellant

v.

KRISTI HUDSON; DYNAMIC NURSING EDUCATION, LLC

    Defendants - Appellees