UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Sixth Circuit Case No.: 15-3143

Case Name: Josepha Campinha-Bacote vs. Kristi Hudson et al.

Names of all Clients: (List all clients on this form, do not file a separate appearance form for each client.)

Josepha Campinha-Bacote

☑ Appellant    ☐ Petitioner    ☐ Amicus Curiae    ☐ Criminal Justice Act
☐ Appellee     ☐ Respondent   ☐ Intervenor                (Appointed)

Lead counsel must be designated if a party is represented by more than one attorney or law firm.   ☑ Check if you are lead counsel

**If you are substituting for another counsel, include that attorney's name here:**

Name: Avonte Campinha-Bacote          Admitted: 6/9/2010
(Sixth Circuit admission date only)

Signature: /s/ A C.B.

Firm Name: Campinha Bacote LLC

Business Address: 2 Miranova Place

Suite: 500    City/State/Zip: Columbus, OH 43215

Telephone Number (Area Code): 614-233-4727

Email Address: Avonte@CamBacLaw.com

---

CERTIFICATE OF SERVICE

I certify that on 3/6/2015 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ Avonte Campinha-Bacote

---