UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT
CIVIL APPEAL STATEMENT OF PARTIES AND ISSUES

Case No: **15-3143**

Case Name: **Campinha-Bacote v. Hudson et al.**

Is this case a cross appeal?  ☐ Yes  ☑ No
Has this case or a related one been before this court previously?  ☐ Yes  ☑ No
If yes, state:
 Case Name: _____  Citation: _____
 Was that case mediated through the court's program?  ☐ Yes  ☑ No

**Please Identify the Parties Against Whom this Appeal is Being Taken and the Specific Issues You Propose to Raise:**

This appeal is being taken against Defendants Kristi Hudson and Dynamic Nursing Education.

Issues:

1) Did the trial court err when it granted Defendant Hudson's motion to dismiss for lack of jurisdiction;
2) Did the trial court err when it denied Plaintiff's motion for attorney fees;
3) Did the trial court err when it denied Plaintiff's motion for default judgment against Defendant Dynamic Nursing Education;
4) Did the trial court err when it vacated the default entered against Defendant Dynamic Nursing Education;
5) Did the trial court err in not granting default judgment against Defendant Kristi Hudson

This is to certify that a copy of this statement was served on opposing counsel of record this **6th** day of **March**, **2015**.

**Avonte Campinha-Bacote**
Name of Counsel for Appellant