UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Sixth Circuit Case No.: __15-3143__

Case Name: __Josepha Campinha-Bacote__ vs. __Kristi Hudson, et al__

Names of all Clients: (List all clients on this form, do not file a separate appearance form for each client.)

Kristi Hudson

☐ Appellant ☐ Petitioner ☐ Amicus Curiae ☐ Criminal Justice Act
☒ Appellee ☐ Respondent ☐ Intervenor (Appointed)

Lead counsel must be designated if a party is represented by more than one attorney or law firm. ☒ Check if you are lead counsel

**If you are substituting for another counsel, include that attorney's name here:**

Name: __Eric J. Menhart__    Admitted: __Pending Admission (filed 03/04/15)__
(Sixth Circuit admission date only)

Signature: __/s/ Eric J. Menhart__

Firm Name: __Lexero Law__

Business Address: __420 C St NE__

Suite: _____    City/State/Zip: __Washington, DC__

Telephone Number (Area Code): __202-904-2818__

Email Address: __Eric.Menhart@Lexero.com__

---

CERTIFICATE OF SERVICE

I certify that on __3/9/15__ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ __Eric J. Menhart__

---

6ca-68
8/14